**Robin PURCELL, Plaintiff–Appellant,**

v.

**Z.A. MORSE; City of Raleigh Police Department, Defendants–Appellees.**

No. 06–2133.

United States Court of Appeals, Fourth Circuit.

Submitted: March 22, 2007.

Decided: March 27, 2007.

Robin Purcell, Appellant Pro Se. Dorothy K. Leapley, City of Raleigh, Raleigh, North Carolina, for Appellees.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robin Purcell appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Purcell v.*

*Morse,* No. 5:05–cv–00460 (E.D.N.C. Sept. 18, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*